UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHELLE FREENOR et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> MAYOR AND ALDERMEN OF THE ) <br> CITY OF SAVANNAH, ) <br> ) <br> Defendant. ) | Case No. CV414-247 |

## ORDER

The Court having reviewed and considered the petition of Robert J. McNamara of the Institute for Justice, 901 North Glebe Road, Suite 900, Arlington, Virginia 22203, for permission to appear pro hac vice on behalf of plaintiffs Michelle Freenor et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Robert J. McNamara as counsel of record for plaintiffs Michelle Freenor et al., in this case.

**SO ORDERED** this  20th  day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA