UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHELLE FREENOR et al., )
)
    Plaintiffs, )
)
v. ) Case No. CV414-247
)
MAYOR AND ALDERMEN OF THE )
CITY OF SAVANNAH, )
)
    Defendant. )

## O R D E R

The Court having reviewed and considered the petition of Robert Everett Johnson of the Institute for Justice, 901 North Glebe Road, Suite 900, Arlington, Virginia 22203, for permission to appear pro hac vice on behalf of plaintiffs Michelle Freenor et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Robert Everett Johnson as counsel of record for plaintiffs Michelle Freenor et al., in this case.

**SO ORDERED** this __21st__ day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA