FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAR 28 AM 11:35

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MICHELLE FREENOR; STEVEN FREENOR; DAN LEGER; JEAN SODERLIND; and GHOST TALK, GHOST WALK LLC;<br><br>  Plaintiffs,<br><br>v.<br><br>MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH,<br><br>  Defendant. | CASE NO. CV414-247 |

# O R D E R

Before the Court are Plaintiffs' and Defendant's Motions for Summary Judgment. (Doc. 30; Doc. 33.) Subsequent to the parties filing their motions, however, Defendant "adopted and approved a revised Tour Service for Hire Ordinance." (Doc. 46 at 1.) Based on this revision, Defendant filed a three page supplemental brief contending that "[t]here should not be any continuing objection by Plaintiffs to the City's Tour Service for Hire Ordinance." (Id.) In response, Plaintiffs maintain that "[n]o part of this case has become moot" (Doc. 47 at 1), and have twice filed supplemental authority they claim supports their position (Doc. 48; Doc. 49).

Because the revised ordinance may render all or part of this case moot, the Court desires the benefit of briefing on this specific issue. At present, the parties have provided the Court with only short arguments contained in supplemental briefs regarding summary judgment, combined with the filing of a few notices of supplemental authority. Accordingly, Defendant is **DIRECTED** to file a brief addressing whether the revised ordinance renders all or any part of this case moot. Defendant shall have **twenty days** from the date of this order to file its brief, after which the normal briefing schedule will apply for Plaintiffs' response and any subsequent replies. In the meantime, the Court will **HOLD IN ABEYANCE**[1] the parties Motions for Summary Judgment pending a decision regarding mootness.

SO ORDERED this 28th day of March 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Clerk of Court is **DIRECTED** to terminate these motions (Doc. 30; Doc. 33) for statistical purposes only.