# United States District Court
## Southern District of Georgia

Michelle Freenor; Steven Freenor; Dan Leger; Jean Soderlind; Ghost Talk, Ghost Walk LLC

v.

Mayor and Alderman of the City of Savannah

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV414-247

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that with respect to Count II of the Amended Complaint, the Court DISMISSES AS MOOT both of Plaintiffs' Summary Judgment Motions. Defendant Mayor and Alderman of the City of Savannah's Motion for Summary Judgment is also DISMISSED AS MOOT. This action stands closed.



July 23, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk