# United States District Court
## Southern District of Georgia

Michelle Freenor; Steven Freenor; Dan Leger; Jean Soderlind; Ghost Talk. Ghost Walk LLC

Plaintiffs,

v.

Mayor and Alderman of the City of Savannah

Defendant.

AMENDED JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:14cv-247

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that with respect to Count I of the amended complaint, the Court Grants Plaintiff's First Motion for Summary Judgment and the Second Motion for Summary Judgment and Denies the City's Motion for Summary Judgment. It is further Ordered and Adjudged that Count II of the Amended Complaint is DISMISSED for lack of subject matter jurisdiction. Accordingly, the Court DISMISSES AS MOOT both of Plaintiffs' Summary Judgment Motions as to Count II. The Court further DISMISSES AS MOOT Defendant Mayor and Alderman of the City of Savannah's Motion for Summary Judgment as to Count II. This action stands closed.

July 26, 2019  
Date

Scott L. Poff  
Clerk

*James R. Burell* (signature)  
(By) Deputy Clerk